UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J SICINSKI, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00684 |
| § | |
| EQUIFAX INFORMATION SERVICES, § LLC, *et al.*, § § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed July 27, 2022 (DOC #  21), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on August 5, 2022.

_____
Alfred H. Bennett
United States District Judge